IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS THORNTON,** | CIV F 06-1455 AWI SMS |
| **Plaintiff,** | ORDER VACATING HEARING DATE OF DECEMBER 11, 2006, AND TAKING MATTER UNDER SUBMISSION |
| v. | |
| **SOLUTIONONE CLEANING CONCEPTS, INC., a California corporation, TODD PIGOTT, an individual, and DOES 1-50, inclusive,** | |
| **Defendants.** | |

    Plaintiff Thomas Thornton has noticed for hearing and decision a motion to strike. The matter was scheduled for hearing to be held on December 11, 2006. Pursuant to Local Rule 78-230(c), Defendants were required to file either an opposition or a notice of non-opposition no later than November 27, 2006. Defendants failed to do so.

    Due to Defendants's failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Defendants are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Plaintiff's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 11, 2006, is VACATED, and no party shall appear at that time. As of December 11, 2006, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   December 1, 2006** | **/s/ Anthony W. Ishii** |
| 0m8i78 | UNITED STATES DISTRICT JUDGE |