IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS THORNTON,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**SOLUTIONONE CLEANING** )<br>**CONCEPTS, INC., a California** )<br>**corporation, TODD PIGOTT, an** )<br>**individual, and DOES 1-50, inclusive,** )<br>)<br>**Defendants.** )<br>_____ ) | **CIV F 06-1455 AWI SMS**<br><br>**ORDER ON THE PARTIES'S**<br>**STIPULATION AND SETTING**<br>**BRIEFING SCHEDULE** |

Currently pending is Plaintiff's motion to strike certain affirmative defenses from the Defendants's answer.  The Court took this matter under submission as of December 11, 2006.  On December 4, 2006, the Defendants filed an amended answer.  On December 6, 2006, Defendants filed an ex parte application to let their amended answer be their response to the motion to strike or, in the alternative, to be allowed to file a late opposition due to "excusable neglect."  On December 7, 2006, Plaintiff filed an opposition to the ex parte application.  On December 26, 2006, the parties filed a stipulation for the withdrawal of Defendants's first amended answer.  See Court's Docket Document No. 12.  The stipulation states in part, "Defendants may withdraw their First Amended Answer" to Plaintiff's Complaint without penalty and/or sanction."  Id.  In light of the stipulation, the First Amended Answer is hereby

withdrawn. Further, given that motions to strike are generally disfavored, and given the early stages of this case (no scheduling order has been set yet), the Court will allow Defendants to file an opposition to the motion to strike.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants's First Amended Answer is withdrawn as per the parties's signed and filed stipulation;
2. Defendants may file an opposition to Plaintiff's motion to strike by January 10, 2007; and
3. Plaintiff may file a reply to the opposition by January 17, 2007.

IT IS SO ORDERED.

**Dated:    January 3, 2007**                           **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE

2